Case No. 7:24mj84

CLERK'S OFFICE
U.S. DISTRICT COURT
AT ROANOKE, VA
FILED

June 17, 2024
LAURA A. AUSTIN, CLERK
BY: s/ S. Neily, Deputy Clerk

## Return of Tracking Warrant With Installation

1. Date and time tracking device installed:  06/13/2024 @1:30 p.m.
2. Dates and times tracking device maintained:  06/13/2024 2:22 p.m. to 2:56 p.m.
3. Date and time tracking device removed:  06/13/2024 @3:20 p.m.
4. The tracking device was used from *(date and time)*:  06/13/2024 @ 1:30 p.m.

   to *(date and time)*:  06/13/2024 @ 3:20 p.m.  .

## Return of Tracking Warrant Without Installation

1. Date warrant executed:
2. The tracking information was obtained from *(date and time)*:

   to *(date and time)*:  .

## Certification

I declare under the penalty of perjury that this return is correct and was returned along with the original warrant to the designated judge.

Date:  06/14/2024

*Michael J. Barrett*
*Executing officer's signature*

Michael J. Barrett, United States Postal Inspector
*Printed name and title*

Print    Save As...    Reset

**Received in Chambers**
**By Reliable Electronic Means**

June 14, 2024, 12:07 p.m.

**Hon. C. Kailani Memmer**
**United States Magistrate Judge**